UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS ET AL.,
                Plaintiffs,        22-cv-137 (JGK)

    - against -                  ORDER

FOODS ALIVE INC.,
                Defendant.

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 28, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
         April 21, 2022

                                            John G. Koeltl
                                   United States District Judge