UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

YENSY CONTRERAS ET AL.,
                Plaintiffs,         22-cv-137 (JGK)

    - against -                    ORDER

FOODS ALIVE, INC.,
                Defendant.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The time for the defendant to reply to the plaintiffs' opposition to the motion to dismiss was May 16, 2022. The defendant has not done so. Accordingly, the defendant is directed to submit paper courtesy copies of the papers filed in connection with the motion to dismiss.

SO ORDERED.
Dated:    New York, New York
          May 24, 2022

                                        _____
                                            John G. Koeltl
                                       United States District Judge