UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

YENSY CONTRERAS ET AL.,
                        Plaintiffs,          22-cv-137 (JGK)

        - against -                          ORDER

FOODS ALIVE, INC.,
                        Defendant.
--------------------------------

JOHN G. KOELTL, District Judge:

    As directed by the Court's individual rules and Order dated May 25, 2022, the parties should submit paper courtesy copies of the papers filed in connection with the motion to dismiss.

SO ORDERED.
Dated:    New York, New York
          June 10, 2022

                                    _____
                                              John G. Koeltl
                                      United States District Judge